UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

LAURENCE WILLS, on behalf of himself and all others
similarly situated,

<div style="text-align:right">Civil Action No:<br>1:25-cv-5707</div>

Plaintiff,

-v.-

TESOLIFE USA, INC.

Defendants.

---------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Please take notice that parties have settled the above-referenced case. This settlement is

contingent upon the execution of a written settlement agreement. The case will be dismissed by

Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this

notice. Please vacate all currently scheduled dates in this matter.

DATED, this 6th day of March, 2026

> */s/Rami Salim*
> Rami Salim
> **Stein Saks, PLLC**
> One University Plaza
> Hackensack, NJ 07601
> Ph: 201-282-6500
> rsalim@steinsakslegal.com

<div style="text-align:center">1</div>

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 6, 2026 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<div style="margin-left: 40%">

*/s/ Rami Salim*
Rami Salim, Esq.

</div>